UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
(HONORABLE EDWARD J. LODGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-06-127-EJL |
| ) | |
| vs. ) | ORDER TO |
| ) | CONTINUE TRIAL |
| ALLEN FENTER, ) | |
| ) | |
| Defendant. ) | |

    Before the Court is the Defendant's motion to continue trial for a period of approximately forty-five days.  The motion notes that Defendant is still in the process of investigation.  Defendant is charged with Possession of a listed chemical with knowledge or reason to know of its wrongful intended use which carries a maximum term of imprisonment of twenty years and drug manufacturing which carries a term of imprisonment of not less than ten years or more than life. The trial is currently set for January 9, 2007.  The motion request a continuance of approximately Forty-five days.

    The Court has reviewed the motion and finds the ends of justice served by granting a continuance in this case outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(B)(iv).  Given the need for further investigation the Court finds a continuance is necessary.  The Court further finds that counsel for the Defendant will not have adequate time to prepare an effective defense, or discuss with the Defendant any meaningful resolution of the case, considering due diligence of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).

    Therefore, the Court **GRANTS** the motion to continue (Dkt. No. 22) and **VACATES** the January 9, 2007 trial setting and **RESETS** the trial for March 6, 2007 at 9:30 a.m. in Coeur d'Alene,

ORDER06_Fenter_ContTrial.wpd

Idaho. Any and all period of delay resulting from this continuance, from the date of the filing of the Defendant's motion until the rescheduled trial date, shall be excludable time pursuant to 18 U.S.C. §§ 3161 (h)(8)(A), (B)(iv).

**IT IS SO ORDERED.**



DATED:  **December 29, 2006**

~~Honorab~~le Edward J. Lodge
U. S. District Judge

ORDER06_Fenter_ContTrial.wpd